AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date | /s/ ERICA K. ZUNKEL |
| | Signature |
| | Print Name                    Bar Number |
| | Address |
| | City          State          Zip Code |
| | Phone Number                  Fax Number |

1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Carlos Rubio-Inzunza

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE LEO S. PAPAS)**

11 | UNITED STATES OF AMERICA, | ) | Case No. 08MJ2362
                               | ) |
12 |         Plaintiff,        | ) |
                               | ) |
13 | v.                        | ) | **CERTIFICATE OF SERVICE**
                               | ) |
14 | CARLOS RUBIO-INZUNZA,     | ) |
                               | ) |
15 |         Defendant.        | ) |
   |_____| ) |

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                       U.S. Attorney CR
                    Efile.dkt.gc2@usdoj.gov

21                              Respectfully submitted,

23 DATED:      August 11, 2008           /s/ Erica K. Zunkel
                                         **ERICA K. ZUNKEL**
24                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Carlos Rubio-Inzunza