```
                                    F I L E D
                                  08 AUG 13 PM 4:07
                                  CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA

                                  BY: ___eee___   DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 2720 LAB |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| CARLOS RUBIO-INZUNZA, | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. | Intent to Distribute |

The grand jury charges:

Count 1

On or about July 29, 2008, within the Southern District of California, defendant CARLOS RUBIO-INZUNZA did knowingly and intentionally import 1,000 kilograms and more, to wit: approximately 2428.44 kilograms (5342.57 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//

FAS:fer:Imperial
8/12/08

<u>Count 2</u>

On or about July 29, 2008, within the Southern District of California, defendant CARLOS RUBIO-INZUNZA did knowingly and intentionally possess, with intent to distribute, 1,000 kilograms and more, to wit: approximately 2428.44 kilograms (5342.57 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 13, 2008.

A TRUE BILL.

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
FRED SHEPPARD
Assistant U.S. Attorney